Kass Harstad, Esq.
Birch Hallam Harstad & Johnson, LLC
1516 W Hays St., Boise, ID 83702
Telephone 208.336.1788
Facsimile 208.287.3708
kass@idahojobjustice.com

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Sharlene Brown-Johnson<br><br>Plaintiff,<br><br>v.<br><br>Instructure, Inc,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-CV-783<br><br>District Judge___________<br>Magistrate Judge________ |

I move for the pro hac vice admission of Rebecca Houlding, Esq., as counsel for Plaintiff Sharlene Brown-Johnson, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 24th day of August, 2026

/s/ Kass Harstad
Kass Harstad