# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel: Kass Harstad, Esq.
Firm: Birch Hallam Harstad & Johnson, LLC
Address: 1516 W Hays St.,
Boise, ID 83702

Telephone: Telephone 208.336.1788
Email: kass@idahojobjustice.com

Pro Hac Vice Applicant: Rebecca Houlding, Esq.
Firm: Houlding Law PC
Address: 431 Classon Avenue, Suite 1B
Brooklyn, NY 11238

Telephone: 646.561.9119
Email: rebecca@houldinglaw.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 3984531 | July 2, 2001 |
| Pennsylvania (inactive) | 77232 | January 1996 |
| Third Circuit | | March 1997 |
| Sixth Circuit | | July 2, 2008 |
| Fourth Circuit | | July 7, 2024 |
| Eighth Circuit | | December 2022 |
| USDC-SDNY | RH8107 | November 2001 |
| USDC-EDNY | RH8107 | November 21, 2002 |
| USDC-NDNY | | March 2010 |
| USDC-WDNY | | July 29, 2011 |
| USDC-EDPA | | May 30, 1996 |

| | | |
|---|---|---|
| USDC-EDMI | | April 10, 2013 |
| USDC-WDMI | | May 13, 2014 |
| USDC-NDIL | | December 28, 2018 |
| USDC-CDIL | | January 3, 2019 |
| USDC-D.CT | | February 6, 2023 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

**<u>LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS</u>**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| NA | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct | ☒ Yes | ☐ No |

and is subject to the penalty of perjury.

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court’s Attorney Admissions webpage for instructions.

Signature

August 21, 2026

Date