Kass Harstad, Esq.
Birch Hallam Harstad & Johnson, LLC
1516 W Hays St., Boise, ID 83702
Telephone 208.336.1788
Facsimile 208.287.3708
kass@idahojobjustice.com

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Sharlene Brown-Johnson,<br><br>Plaintiff,<br><br>v.<br><br>Instructure, Inc.,<br><br>Defendant. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-CV-783<br><br>District Judge___________<br>Magistrate Judge________ |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Rebecca Houlding, Esq.. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of August, 2026

**BY THE COURT:**

______________________________
United States District Judge